**FILED**

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0323

___

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.

DUSTIN HAYES KNOX,

      Defendant and Appellant.

___

**ORDER**

___

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 19, 2020, within which to prepare, serve, and file its response brief.

**DM**

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 12 2020